IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01979-LTB

SHANE E. JOHNSON,

    Plaintiff,

v.

DOC INTAKE OFFICER JANE DOE,
DOC INTAKE OFFICER JOHN DOE,
DOC PROPERTY SERGEANT S. MARTZ, and
DOC LAUNDRY SUPERVISOR LIEUTENANT CORDOVA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Certification of the Record (Dkt. # 8) and Request for Legal Representation (Dkt. #9), both filed on filed October 6, 2011, are **DENIED AS MOOT**. The Tenth Circuit Court of Appeals entered an Order on October 18, 2011 dismissing Mr. Johnson's appeal for lack of jurisdiction because his notice of appeal was untimely. (*See* Dkt. #14)*.*

Dated:  October 19, 2011